**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| W.W. GRAINGER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:09-cv-07476 |
| | ) | |
| v. | ) | Judge Blanche M. Manning |
| | ) | |
| NATIONAL UNION FIRE INSURANCE | ) | Magistrate Judge Michael T. Mason |
| COMPANY OF PITTSBURGH, PA., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff W.W. Grainger, Inc. ("Grainger") and Defendant National Union Fire Insurance Company of Pittsburgh, PA. ("National Union"), by their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate and agree to the dismissal of this lawsuit with prejudice, with each party to bear its own costs, expenses and legal fees in connection with this lawsuit.

Further, the parties jointly and respectfully request that this Court enter an Order dismissing this lawsuit on such terms.

| | |
|---|---|
| Dated: June 8, 2011 | Respectfully submitted, |
| | |
| **W.W. GRAINGER, INC.** | **NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA.** |
| | |
| By: ____/s/ David M. Kroeger_____ | By: ____/s/ Randall I. Marmor____ |
| One of Its Attorneys | One of Its Attorneys |
| | |
| David M. Kroeger | Randall I. Marmor |
| Spiridoula Mavrothalasitis | Regina A. Ripley |
| JENNER & BLOCK LLP | CLAUSEN MILLER P.C. |
| 353 N. Clark Street | 10 South LaSalle Street |
| Chicago, IL 60654 | Chicago, IL 60603-1098 |
| (312) 222-9350 | (312) 855-1010 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I, Spiridoula Mavrothalasitis, an attorney, hereby certify that on June 8, 2011, I caused a true and correct copy of the foregoing ***Joint Stipulation of Dismissal***, to be filed with the Court by the CM/ECF system, which will send notification of such filing to the counsel of record at their email address on file:

> Randall I. Marmor
> Regina A. Ripley
> CLAUSEN MILLER P.C.
> 10 South LaSalle Street
> Chicago, IL 60603-1098
> rmarmor@clausen.com
> rripley@clausen.com

                                        _____/s/ Spiridoula Mavrothalasitis_____
                                              Spiridoula Mavrothalasitis